UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN M. MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>WOODBROOK TNC LLC and NATIONAL CREDIT SYSTEMS, INC.,<br><br>Defendants. | Case No. C20-5368-RSL<br><br>ORDER REGARDING OFFER OF JUDGMENT |

This matter comes before the Court on plaintiff's notice of acceptance of an Offer of Judgment made by defendant National Credit Systems, Inc. ("NCS") (Dkt. # 29). NCS previously filed an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. Dkt. # 28. Because plaintiff served written notice accepting the Offer within 14 days after being served and filed such notice and proof of service, see Dkt. # 29, the Clerk of Court is directed to enter judgment in favor of plaintiff and against NCS in the total sum of $12,000, inclusive of interest, costs, and attorney's fees.

DATED this 31st day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING OFFER OF JUDGMENT - 1